Scott L. Poisson, Esq.
Nevada Bar No. 10188
Ryan Kerbow, Esq.
Nevada Bar No. 11403
**BERNSTEIN & POISSON**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: ryan@vegashurt.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sandra Wilson, individually;<br><br>                Plaintiff,<br>vs.<br><br>Smith's Food & Drug Centers, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>                Defendant(s). | Case No. 2:21-cv-01108-JCM-NJK<br><br>**STIPULATION AND               ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**FIRST REQUEST** |

    Plaintiff SANDRA WILSON ("Plaintiff") and Defendant SMITH'S FOOD & DRUG

CENTERS, INC. ("Defendant"), by and through their respective counsel of record, do hereby

stipulate to extend the discovery cutoff in the present case for a period of 75 days.

    Pursuant to Local Rule 26-3, the parties hereby aver that this is the <u>first such discovery

extension</u> requested in this matter.

### DISCOVERY COMPLETED TO DATE

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

- The parties have served and responded to written discovery;

- Defendant has deposed Plaintiff

- Plaintiff noticed an FRCP 30(b)(6) deposition of Defendant

**DISCOVERY TO BE COMPLETED AND**
**REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

- Subpoena for additional medical records;
- Deposition of Defendant's Rule 30(b)(6) witnesses;

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. In particular, Plaintiff timely noticed Defendant's Rule 30(b)(6) deposition, but due to the holiday season, a Rule 30(b)(6) deposition at this time would be particularly burdensome. The parties have therefore agreed to conduct the deposition until after the New Year. Moreover, Plaintiff was deposed on December 8, 2021, during which proceeding it was learned that Plaintiff had misunderstood the scope of a written discovery request requiring her to identify prior medical providers. As a result, it is now evident that additional medical records from Plaintiff's medical history must be obtained as they bear on Plaintiff's damage claims in this case. An extension of seventy-five (75) days will allow sufficient time for counsel to obtain Plaintiff's prior medical records and conduct additional discovery necessitated from obtaining such documents.

**NEW DISCOVERY DEADLINES**

Discovery Cut-Off Date

   Currently: December 21, 2021

   Proposed: March 7, 2022

Dispositive Motion Deadline

   Currently: January 20, 2022

   Proposed: April 6, 2022

Joint proposed Pre-Trial Order

   Currently: February 23, 2022, or 30 days after resolution of dispositive motions per

   Local Rule 26-1(e)(5)

1    Proposed: May 6, 2022, or 30 days after resolution of dispositive

2    motions per Local Rule 26-1(e)(5)

3    If this extension is granted, all discovery mentioned above should be concluded within the

4    stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is

5    made by the parties in good faith and not for the purpose of delay.

6    DATED this 21st day of December, 2021          DATED this 21st day of December, 2021.

7

8

9    /s/ Ryan Kerbow
     Ryan Kerbow, Esq.
     BERNSTEIN & POISSON
10   320 S. Jones Blvd.
     Las Vegas, Nevada 89107
11

12   Attorneys for Plaintiff
     Sandra Wilson

13

14

15   **IT IS SO ORDERED:**

16

17                                        _____
                                          **UNITED STATES MAGISTRATE JUDGE**
18
                                          **DATED:** December 27, 2021
19

20

21

22

23

24

25

26

27

28

/s/___Greg Kraemer_____
Greg Kraemer, *Esq.*
COOPER LEVENSON, P.A.
3016 West Charleston Blvd - #195
Las Vegas, NV 89102
*Attorneys for Defendant*
*Smith's Food & Drug Centers, Inc.*